NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1159

ORTHOARM, INC.
and G.A.C. INTERNATIONAL, INC.,

Plaintiffs-Appellants,

v.

FORESTADENT USA, INC.
and DYNA FLEX, LTD.,

Defendants-Appellees.

Keith J. Grady, Polsinelli Shughart PC, of St. Louis, Missouri, argued for plaintiffs-appellants. With him on the brief were Graham L.W. Day and John M. Challis.

Frederick L. Whitmer, Kilpatrick Stockton LLP, of New York, New York, argued for defendants-appellees.

Appealed from: United States District Court for the Eastern District of Missouri

Judge Charles A. Shaw

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1159

ORTHOARM, INC.
and G.A.C. INTERNATIONAL, INC.,

Plaintiffs-Appellants,

v.

FORESTADENT USA, INC.
and DYNA FLEX, LTD.,

Defendants-Appellees.

# Judgment

ON APPEAL from the    United States District Court for the Eastern District of Missouri

in CASE NO(S).    4:06-CV-730

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, RADER and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED    July  7, 2009            /s/ Jan Horbaly
                                   Jan Horbaly, Clerk